IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BRANDY STRAIN,<br><br>    Plaintiff,<br><br>v.<br><br>BOWIE COUNTY SHERIFF, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 5:21-CV-00041-RWS-CMC |

**ORDER**

Plaintiff Brandy Strain, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of her constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

Plaintiff has asked for dismissal of her lawsuit (Docket No. 6), and the Magistrate Judge issued a Report recommending this request be granted (Docket No. 7). Plaintiff received a copy of the Report on May 25, 2021, but no objections have been received. It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 7) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** on the Plaintiff's motion. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

So ORDERED and SIGNED this 6th day of October, 2021.

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE